JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:10-cv-01458-JHN-PJWx | Date | April 20, 2010 |
|---|---|---|---|
| Title | Jodi SK Fung v. Cameron Financial Group Inc et. al. | | |

| Present: The Honorable | JACQUELINE NGUYEN | | |
|---|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**   ORDER DISMISSING CASE WITH PREJUDICE  (In Chambers)

On March 22, 2010, this Court ordered Plaintiff to explain, in writing, why the Court should not dismiss the Complaint for lack of standing. (Docket no. 10.)  Plaintiff was informed that failure to respond to this Order by **April 19, 2010** would result in this matter being dismissed WITH PREJUDICE.  No response having been filed, this action is hereby DISMISSED WITH PREJUDICE.  The pending Motion to Dismiss (docket no. 6) is denied as moot.

IT IS SO ORDERED.

|  | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |